GLOBE EXCHANGE BANK, Appellant, v. MANUFACTURERS TRUST COMPANY and PAUL BUSS, Defendants. SAMUEL BERGMANN, Respondent.— Order of Appellate Term, reversing judgment of the Municipal Court in favor of plaintiff and dismissing plaintiff's complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

SAMUEL GRODSKY and SAM KRAVITZ, Appellants, v. J. ROBERT JASON and Others, Respondents.— Judgment reversed upon the law and new trial granted, costs to appellants to abide the event. There was sufficient evidence to show that the agreement claimed by appellants was in fact made, and it is clear from the evidence now in the record that appellants are entitled to some relief. If the agreement was made, in equity it should be upheld as far as possible. It is true that, under section 69 of the Stock Corporation Law, no stock could be issued to plaintiffs beyond what they had paid for unless section 74 of the Stock Corporation Law applied. But, under the agreement, plaintiffs would be entitled to the balance of the stock when dividends on the stock they had paid for were sufficient to pay for the balance. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

JOHN J. HALLIGAN, Respondent, v. JACOB PORTE and Others, Appellants.— Judgment affirmed, with costs. There is ample proof of ratification. A finding to this effect will be made to support the judgment. Lazansky, P. J., Rich, Young and Carswell, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial. Settle order on notice.

In the Matter of the Application for a Compulsory Accounting in the Estate of JOHN S. KEOUGHAN, Deceased. JOSEPH KEOUGHAN, Appellant; EDWARD KEOUGHAN, Administrator, etc., of JOHN S. KEOUGHAN, Deceased, Respondent.— Order denying petitioner's motion to modify final decree affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

In the Matter of the Petition of the NATIONAL CITY BANK OF NEW YORK, etc., to Render and Settle Its Account as Administrator De Bonis Non of the Estate of CATHERINE NOONAN, Deceased. FRANCES SCOTT, Also Known as FANNIE SCOTT, Appellant; THE NATIONAL CITY BANK OF NEW YORK, as Administrator, etc., MABEL G. TRUNCELLITO, Estate of PATRICK NOONAN and Estate of MICHAEL F. McGOLDRICK, Respondent.*— Decree of the Surrogate's Court of Kings county reversed upon the law and the facts, with costs to appellant, payable out of the estate, and decree directed in favor of the appellant establishing her legitimacy, with costs. We are of opinion that the testimony offered upon the hearing before the surrogate was insufficient to sustain the finding made by the surrogate that the appellant was not the legitimate child of the deceased. In making this decision this court takes judicial notice of the probate proceeding before the Surrogate's Court of Kings county, in which proceeding Frances or Fannie Scott contested the will of the deceased as her daughter without challenge in that respect, and in which all the parties here involved duly appeared. Findings of fact inconsistent with this decision are reversed and new findings in accordance therewith will be made. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur. Settle order on notice.

* Affd., 251 N. Y. —.